IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * * * | |
| Plaintiff, | * | |
| vs. | * | No. 4:10cv1419 SWW |
| | * * | |
| PREMIER WELL SERVICES, LLC, | * * | |
| Defendant. | * | |

ORDER

The motion [doc.#2] of the Equal Employment Opportunity Commission (EEOC) to admit *pro hac vice* Markeisha K. Savage to appear as an additional attorney of record for and on behalf of the EEOC is hereby granted.

IT IS SO ORDERED this 9th day of November 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE